**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| G.CEFALU & BRO., INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BRAHMAN, INC. ET AL.,<br><br>    Defendant. | **Civil No.: MAB 14-CV-00308** |

## ORDER APPROVING STIPULATION REGARDING SETTLEMENT

HAVING BEEN ADVISED that Plaintiff G. Cefalu & Bro., Inc. and Defendant Luis Maldonado have entered a Settlement Agreement in the above-captioned matter; and

HAVING REVIEWED AND CONSIDERED the Stipulation Regarding Settlement, and it appearing to the satisfaction of the Court that it is appropriate to do so, it is hereby:

ORDERED that the Stipulation Regarding Settlement is approved; and it is further

ORDERED that the Court will retain jurisdiction of this matter and either Party may apply to this Court for relief arising under the Parties' Settlement Agreement; and it is further

ORDERED that the Parties shall file a Joint Status Report no later than April 1 and October 1 of each year indicating whether the relevant terms of the Settlement Agreement have been met during the prior six months and whether the continued jurisdiction of this Court is necessary going forward.

                                                        /s/
                                      Mark A. Barnett, Judge
                                      United States Court of International Trade
                                      (sitting by designation)

Date: October 5, 2015