IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| G. CEFALU & BRO., INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. Action No. 8:14-cv-308-MAB |
| | : | |
| BRAHMAN, INC. et al. | : | |
| | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED and AGREED by and between Plaintiff G. Cefalu & Bro., Inc., on the one hand and the bankruptcy estate of Defendant Expo Emart, LLC on the other hand, through their respective duly authorized counsel, that the within action be and hereby is DISMISSED WITH PREJUDICE as to Expo Emart, LLC only.

Each side will bear its own costs and fees.

| | |
|---|---|
| */s/ Blake A. Surbey* | *  /s/ Richard M. Goldberg* |
| Blake A. Surbey, Esquire | Richard M. Goldberg, Bar No. 07994 |
| McCarron & Diess | rmg@shapirosher.com |
| 4530 Wisconsin Ave, NW Suite 301 | Anastasia L. McCusker, Bar No. 29533 |
| Washington, DC 20016 | alm@shapirosher.com |
| Telephone:  202-364-0400 | Shapiro Sher Guinot & Sandler |
| Facsimile:  202-364-2731 | 250 West Pratt Street, Suite 2000 Baltimore, MD 21201 |
| *Attorneys for Plaintiff G. Cefalu & Bro., Inc.* | Phone  (410) 385-0202 |
| | Fax     (410) 539-7611 |
| | *Counsel for Roger Schlossberg, Chapter 7 Trustee for Defendant Expo Emart, LLC* |

Dated: December 14, 2015.

                                    SO ORDERED:

                                    _____
                                    Mark A. Barnett, Judge
                                    United States Court of International Trade
                                    (sitting by designation)